**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco Javier MARTINEZ–MARTINEZ, Defendant—Appellant.**

No. 06–10662.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Celeste C. Corlett, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Christopher R. Kilburn, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

MEMORANDUM **

Francisco Javier Martinez–Martinez appeals from his 41–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a) and enhanced by (b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Martinez–Martinez's contention, that the district court's sentence was unreasonable because it failed to take into account local sentencing disparities, is belied by the record. In addition, his sentence was not unreasonable. *See United States v. Knows His Gun,* 438 F.3d 913, 918 (9th Cir.), *cert. denied,* 547 U.S. 1214, 126 S.Ct. 2913, 165 L.Ed.2d 931 (2006), *see also United States v. Marcial–Santiago,* 447 F.3d 715, 719 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

